# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: THE SUPERINTENDENT OF THE Suffolk County House of Correction

YOU ARE COMMANDED to have the body of    DAVID JONES (DOB: 10/27/72)

now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 23 , on the 7th floor, Boston, Massachusetts on 9/13/10 , at 2:30 P.M. for the purpose of Initial Appearance in the case of UNITED STATES OF AMERICA V.  David Jones  Docket Number 06-CR-10225-MLW-1 .

And you are to retain the body of said  David Jones  while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said  David Jones  the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this    8th    day of September, 2010    .

SARAH A. THORNTON
CLERK OF COURT

SEAL

By: /s/ Noreen A. Russo
Noreen A. Russo, Deputy Clerk
to the Honorable Robert B. Collings