UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | )   CRIMINAL NO. 06-10225-MLW |
| | ) |
| DAVID JONES | ) |

DEFENDANT'S MOTION TO TERMINATE REMAINING TERM
OF SUPERVISED RELEASE (UNOPPOSED)

Defendant David Jones respectfully moves to terminate the remaining period of his supervised release. The United States and the Probation Office do not oppose this request.

By petition dated August 15, 2013, defendant sought relief from the remaining term of supervised release, or, alternatively, to vacate and set aside the Judgment and sentence imposed by this Court on October 12, 2010, in Criminal No. 06-10225-MLW, for alleged violations of supervised release.

By Joint Status Report, filed September 16, 2013, the government explained why it was not opposing the request for early termination, concluding that, "[u]nder the unique circumstances of this case, the Probation Office and the United States do not oppose this request." Docket # 25.

Allowed and
So Ordered.
     Wolf, DJ
October 10, 2013